## BROWNLEE v. THORNBURGH.

Tuesday, December 11.

APPEAL from the *Grant* Common Pleas.

*Per Curiam.*—*Thornburgh* filed his complaint founded upon a note. Appellant entered his appearance, filed an affidavit, &c., and confessed a judgment.

We do not perceive any error in the proceedings.

The judgment is affirmed, with 5 per cent. damages and costs.

*Brownlee*, for appellant.

*Isaac Vandevanter* and *J. F. McDowell*, for appellee.